IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVID C. DAVIS, III                                                                                         PLAINTIFF

vs.                                             Civil No. 1:11-cv-01008

MICHAEL J. ASTRUE                                                                                        DEFENDANT
Commissioner, Social Security Administration

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Defendant's Motion to Dismiss.  ECF No. 5.  Defendant filed this Motion on May 16, 2011.  On May 23, 2011, Plaintiff responded to this Motion.  ECF No. 7.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Robert T. Dawson referred this Motion to this Court for the purpose of making a report and recommendation.

Defendant seeks to have Plaintiff's case dismissed because he claims it was filed untimely.  ECF No. 5.  Defendant claims Plaintiff's Complaint should have been filed by January 10, 2011 but, instead, was filed on January 25, 2011.  *Id.*  Plaintiff has responded to this Motion, and his attorney argues that he originally sent the Complaint for filing in this matter on December 14, 2010.  ECF No. 8.  Plaintiff's attorney argues that the Complaint was returned as undeliverable.  *Id.*  Plaintiff's attorney attached as an exhibit to his response a letter dated December 14, 2010 evidencing the Complaint was sent on that date.  ECF No. 8-1.  Furthermore, Plaintiff's attorney has also submitted a letter evidencing that once he received notice of this mistake on January 11, 2011, he immediately corrected the problem and re-sent the Complaint for filing.  *Id.*

Considering the documentation submitted by Plaintiff's attorney representing these documents were mailed on December 14, 2010 but were sent to the wrong address due to a unintentional mistake,

1

this Court finds Plaintiff's Complaint was timely filed and recommends Defendant's Motion to Dismiss (ECF No. 5) be **DENIED.**

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

**ENTERED this 8th day of June, 2011.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE