IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVID C. DAVIS, III                                                                                       PLAINTIFF

vs.                                             Civil No. 1:11-cv-01008

MICHAEL J. ASTRUE                                                                                   DEFENDANT
Commissioner, Social Security Administration

**ORDER**

      Before the Court is the Report and Recommendation filed on June 8, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 11. Judge Bryant recommends Defendant's Motion to Dismiss (ECF No. 5) be **DENIED.**  Defendant has not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1) (2009). Therefore, the Court adopts the Report and Recommendation and denies Defendant's Motion to Dismiss.

      **IT IS SO ORDERED**, this 29th day of June, 2011.

      /s/ Robert T. Dawson
      HON. ROBERT T. DAWSON
      U.S. DISTRICT JUDGE