IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVID C. DAVIS, III                                                                                          PLAINTIFF

v.                                            Civil No. 11-1008

MICHAEL J. ASTRUE                                                                                      DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

     Before the Court is the Report and Recommendation filed March 8, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 17). Judge Bryant recommends that the Court affirm the Commissioner's decision because it is supported by substantial evidence. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The Court hereby affirms the Commissioner's decision and dismisses Plaintiff's complaint with prejudice.

     IT IS SO ORDERED, this 10th day of April, 2012.

                                                       /s/ Susan O. Hickey
                                                       Hon. Susan O. Hickey
                                                       United States District Judge